

NUMBER 13-17-00403-CV

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

M. ALDO DYER AND FRIENDS OF
LYDIA ANN CHANNEL,                                          Appellants,

v.

LYDIA ANN CHANNEL MOORINGS, LLC,                           Appellee.

On appeal from the 156th District Court
of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Longoria**

Appellants, M. Aldo Dyer and Friends of Lydia Ann Channel, perfected an appeal

from a judgment entered by the 156th District Court of Aransas County, Texas, in cause

number A-17-0064-CV-B.   The parties have filed a joint motion to dismiss the appeal on

grounds that the parties have resolved their dispute and will be filing a joint notice of nonsuit in the trial court. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
14th day of March, 2019.

2